# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | **Case No.: 1:20-cr-216-LCB-GMB** |
| ) | |
| **FLEMMINGS CHATMAN** ) | |

## ORDER

Before the Court is Defendant Flemmings Durrell Chatman's Motion to Suppress (Doc. 5). On November 13, 2020, U.S. Magistrate Judge Gray M. Borden issued a Report and Recommendation in accordance with 28 U.S.C. § 636(b)(1) recommending that Chatman's motion be denied. (Doc. 20). Defendant has filed objections to the Magistrate Judge's Report and Recommendation. (Doc. 21).

When a party objects to a portion of a Magistrate Judge's report or proposed findings or recommendations, the District Court must conduct a de novo review of those portions of the report to which the party has specifically objected. 28 U.S.C. § 636(b)(1); Fed. R. Crim. P. 59(b)(3). The Court may "accept, reject, or modify the recommendation, receive further evidence, or resubmit the matter to the magistrate judge with instructions." Fed. R. Crim. P. 59(b)(3). Failure to object to a magistrate judge's findings and recommendations "waives a party's right to review." Fed. R. Crim. P. (b)(2); *see also United States v. Aponte*, 461 F. App'x 828, 830 (11th Cir. 2012).

Having reviewed de novo the portions of the report to which Chatman specifically objected,[1] the Court concludes that the Magistrate Judge's Report and Recommendation (Doc. 20) should be **ACCEPTED** and **ADOPTS** it as the findings and opinion of the Court. Defendant's Motion to Suppress (Doc. 5) is therefore **DENIED**, and the objections to the Report and Recommendation (Doc. 21) are **OVERRULED**.

**DONE** and **ORDERED** this December 9, 2020.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE

---

[1] In conducting its review, the Court considered the entire record, including the Motion to Suppress (Doc. 5), the Government's Response (Doc. 8), the Transcript of the Suppression Hearing (Doc. 17), Chatman's Memorandum of Law in Support of Motion to Suppress (Doc. 18), the Government's Response to Defense Memorandum of Law (Doc. 19), the Magistrate Judge's Report and Recommendation (Doc. 20), Chatman's Objections (Doc. 21), and the relevant authorities.